[No. 12117.  Department One.  December 15, 1914.]

Marie Katherine Bauer, *Appellant*, v. Jacob Bauer, *Respondent*.[1]

Appeal from a judgment of the superior court for King county, Smith, J., entered December 9, 1913, dismissing an action for a divorce, after a trial to the court on the merits.  Affirmed.

*Frank M. Egan* and *George A. Meagher*, for appellant.
*Peters & Powell*, for respondent.

Per Curiam.—This is an action for divorce.  After a full hearing in the court below, the prayer of the plaintiff's complaint was denied.

There is no question of law involved.  The court below decided that plaintiff's evidence was insufficient to warrant a decree.  A majority of this department are of opinion that the findings and decree of the lower court should not be disturbed.

Affirmed.